# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: 1ST INVESTIGATING GRAND     :    No. 63 MM 2017
JURY OF CENTRE COUNTY,           :
INVESTIGATION 11                   :
                                     :
                                     :
PETITION OF: THE DISTRICT        :
ATTORNEY OF CENTRE COUNTY    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 27th day of April, 2017, the Petition for Review, Application for Stay, and the Motion to Seal are **DENIED**.

      This denial is **WITHOUT PREJUDICE** to the District Attorney to present a reconsideration motion to the supervising judge of the grand jury.